BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 3721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>GENARO GARCIA-VILLAPUDUA, et al.,<br><br>                    Defendant. | CASE NO.  1:02-CR-05440 AWI<br><br>**ORDER DISMISSING INDICTMENT AS TO DEFENDANT**<br>**ABDULLAH AHMED ALI** |

For the reasons set forth in the motion to dismiss filed by the United States, the Indictment against defendant **ABDULLAH AHMED ALI** is hereby DISMISSED and any outstanding arrest warrant is recalled.

IT IS SO ORDERED.

Dated:   July 24, 2013                                    _____
                                                                                      SENIOR  DISTRICT  JUDGE

1